## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

<u>Monica Castro</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Costco Wholesale Corporation</u>
Defendant

### II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

### III. TYPE OF CASE
(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

Composite Exhibit "A"

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Leonardo E Concepcion      Fla. Bar # 106317
    Attorney or party                 (Bar # if attorney)

Leonardo E Concepcion              07/06/2021
 (type or print name)                  Date

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

MONICA CASTRO,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, MONICA CASTRO, by and through the undersigned counsel and hereby files this Complaint against Defendant, COSTCO WHOLESALE CORPORATION, in support thereof states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this dispute because this Complaint seeks damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2. Venue is proper in Miami-Dade County, Florida, because the cause of action accrued within Miami-Dade County, Florida, as required by Fla. Stat. § 47.011.

## PARTIES

3. Plaintiff, MONICA CASTRO (hereinafter "Castro"), is a Florida resident who resides in Miami-Dade County, Florida.

4. Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), is a corporate entity incorporated in the state of Washington and authorized to conduct business in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS GIVING RISE TO CAUSES OF ACTION

5. On February 12, 2020, Plaintiff, Castro was a lawful business invitee shopping in Defendant's, Costco location at 13450 SW 120 St, Miami, FL 33186, when a Dangerous Condition caused by Costco's negligence, caused Ms. Castro to violently fall.

6. On February 12, 2020, Castro's foot was caught in the gap between large commercial pallets; a gap that was obscured by large sheets of brown paper (hereinafter "Dangerous Condition").

7. Castro's fall occurred because she was forced to step onto the pallets in order to reach the displayed merchandise, and onto the Dangerous Condition created by Costco, to obtain products clearly displayed for sale.

8. As a direct and proximate result of the Costco's negligence, Castro suffered significant and permanent injuries resulting in disability; Castro claims the damages set forth below.

## COUNT I
## CASTRO CLAIM OF NEGLIGENCE AGAINST COSTCO

9. Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 8 as if fully set forth herein.

10. At all material times, Costco owed a duty to exercise reasonable care towards Castro or any business invitee shopping in the subject location.

11. However, on February 12, 2020, Costco breached its duty in the following ways:

    a. Failing to provide a safe condition for Castro and other business invitees, by forcing shoppers to step onto obscured pallets to reach products on display;

b. Failing to warn Castro of the dangerous condition that it knew or should have known of;

c. Failing to maintain its shopping aisles in a safe condition;

d. Failing to display products clearly marked for sale in a way that is accessible to their invitees;

e. Failing to regularly inspect the premises and repair or remove dangerous conditions on the premises; and

f. Other acts of negligence to be determined through discovery.

12. As a direct and proximate result of the negligence of Costco, Castro suffered damages as set forth below.

## PERSONAL INJURY DAMAGES OF CASTRO

13. Castro has incurred and will continue to incur the following serious injuries and damages, which are permanent or continuing in nature:

a. Past and future sever mental distress;

b. Permanent bodily injury;

c. Past and future pain and suffering;

d. Disability;

e. Disfigurement;

f. Loss of capacity for the enjoyment of life;

g. Past and future medical and other health care related expenses;

h. Hospital expenses;

i. Rehabilitation expenses;

j. Economic damages;

k. Lost earnings; and

l. Loss of future earning capacity.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues so triable.

Dated: July 6, 2021                    Respectfully submitted,

/s/ Leonardo E. Concepcion
Leonardo E. Concepcion, Esq.
Fla. Bar No.: 0106317
Concepcion Law
6405 NW 36 Street,
Suite 210A
Virginia Gardens, Florida, 33146
Telephone: (305) 791-6529
Fax: (305) 902-6404
Email: LC@Lconcepcionlaw.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-016674-CA-01

MONICA CASTRO,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## CIVIL ACTION SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint in this action on potential Defendant:

**COSTCO WHOLESALE CORPORATION
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

Each potential defendant is required to serve written defenses to the complaint on Plaintiff's attorney, to wit: **LEONARDO E. CONCEPCION,** whose address is: **6405 NW 36 ST, SUITE 210-A, Virginia Gardens, FL, 33166** within 20 days after service of this summons on that potential defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If a potential defendant fails to do so, a default will be entered against that potential defendants for the relief demanded in the complaint.

**DATE ON**   7/28/2021_____.

                                                                  HARVEY RUVIN
                                                                  Clerk of Said Court

                                                                  By:_____
                                                                  Deputy Clerk